**PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
**VICTORIA C. MULLINS, ESQ.**
Nevada Bar No. 13546
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: (702) 778-9444
Fax: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

-AND-

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE HASKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS,<br><br>    Defendant. | **CASE NO.: 2:19-cv-01449-JCM-NJK**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff Christine Haskin may have additional time within which to submit Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

1. Under the Federal Rules of Civil Procedure, Plaintiff's Opposition would be due January 6, 2020. See Fed. R. Civ. P. 12(a)(4)(A).

2. On January 2, 2020, Marta D. Kurshumova, counsel for Plaintiff, conferred with Janet L. Merrill, counsel for Defendant, regarding the timing of Plaintiff's Opposition. Counsel for Defendant consented to Plaintiff's request to enlarge the time for filing the reply by seven (7) days, which would make the new deadline Monday, January 13, 2020.

3. Good cause exists for this extension as Ms. Kurshumova is newly assigned to the case and needs time to review the case file and draft the opposition.

4. The extension will not result in undue delay in the administration of this cause.

5. No other enlargement of time has been previously requested in this case.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

| | | |
|---|---|---|
| Dated: January 2, 2020 | | UNIVERSITY OF NEVADA, LAS VEGAS |

By: */s/ Janet L. Merrill*
ELDA M. SIDHU, ESQ.
JANET L. MERRILL, ESQ.
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Tel.: 702-895-5185
Fax: 702 895-5299
*Attorney for Defendant*

Dated: January 2, 2020                HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Marta D. Kurshumova*
JENNY FOLEY, ESQ.
MARTA D. KURSHUMOVA, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 625-3893
*Attorneys for Plaintiff*

PHILIP J. TRENCHAK, ESQ.
VICTORIA MULLINS, ESQ.
MULLINS & TRENCHAK
1614 S. Maryland Parkway
Las Vegas, NV 89104
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED:**

That pursuant to the Stipulation agreed upon by both parties, the deadline for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Complaint shall be extended to January 13, 2020.

Dated: January 3, 2020.

_____
UNITED STATES DISTRICT JUDGE