ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
JANET L. MERRILL
Assistant General Counsel
Nevada Bar No. 10736
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
janet.merrill@unlv.edu
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE HASKIN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS,<br><br>Defendant. | CASE NO.: 2:19-cv-01449-JCM-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO REPLY TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED** by and among, Plaintiff, Christine Haskin ("**Plaintiff**"), and Defendant, the State of Nevada *ex rel.* the Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("**UNLV**"), by and through their respective attorneys, that Defendant UNLV may have additional time within which to submit Defendant's Reply in Support of Motion to Dismiss Plaintiff's Complaint ("**Reply**").

    1.       Defendant's Reply is due January 21, 2020. *See* **ECF No. 22**.

    2.       On January 16, 2020, Janet L. Merrill, counsel for Defendant, conferred with Marta D. Kurshumova, counsel for Plaintiff, regarding the timing of Defendant's Reply. Counsel for Plaintiff consented to Defendant's request to enlarge the time for filing the reply by seven (7) days,

1  which would make the new deadline Tuesday, January 28, 2020.

2      3.    Good cause exists for this extension as Ms. Merrill had several new unanticipated

3  legal demands including a time sensitive injunctive relief dispute.

4      4.    The extension will not result in undue delay in the administration of this cause.

5      5.    No other enlargement of time has been previously requested regarding the Reply.

6  DATED: January 17, 2020                    DATED: January 17, 2020

7  /s/  Janet L. Merrill                      /s/  Jenny Foley
8  ELDA M. SIDHU, ESQ.                        JENNY FOLEY, ESQ.
   JANET L. MERRILL, ESQ.                     MARTA D. KURSHUMOVA, ESQ.
9  UNIVERSITY OF NEVADA, LAS VEGAS            HKM EMPLOYMENT ATTORNEYS LLP
   4505 S. Maryland Parkway, Box 451085       1785 East Sahara, Suite 300
   Las Vegas, Nevada  89154-1085              Las Vegas, Nevada 89104
10 Tel.:  702-895-5185                        Tel: (702) 805-8340
   Fax:  702 895-5299                         Fax: (702) 625-3893
11 *Attorney for Defendant*                   *Attorneys for Plaintiff*

12                                            PHILIP J. TRENCHAK, ESQ.
                                              VICTORIA MULLINS, ESQ.
13                                            MULLINS & TRENCHAK
                                              1614 S. Maryland Parkway
14                                            Las Vegas, NV 89104
                                              Tel.: 702-778-9444
15                                            Fax: 702-778-9449
                                              *Attorneys for Plaintiff*
16

17

18                            <u>**ORDER**</u>

19      **IT IS SO ORDERED** that pursuant to the Stipulation agreed upon by both parties, the deadline

20 for Defendant to reply to Defendant's Motion to Dismiss Plaintiff's Complaint shall be extended to

21 January 28, 2020.

22 DATED January 21, 2020.

23

24

25 _____
   UNITED STATES DISTRICT JUDGE
26

27

28