ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
JANET L. MERRILL
Assistant General Counsel
Nevada Bar No. 10736
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
janet.merrill@unlv.edu
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE HASKIN,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS,<br><br>          Defendant. | CASE NO.: 2:19-cv-01449-JCM-NJK<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION**<br><br>**(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** by and among, Plaintiff, Christine Haskin ("**Plaintiff**"), and Defendant, the State of Nevada *ex rel.* the Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("**UNLV**"), by and through their undersigned counsel of record, that, for good cause, the Early Neutral Evaluation ("**ENE**") currently set for March 6, 2020 at 9:00 a.m. should be continued. **ECF Nos. 18 and 24.**

Upon receipt of the Minute Order rescheduling the ENE (**ECF No. 24**), Defendant UNLV's counsel noted that she had a conflict with the new date as she must appear at a previously scheduled court-ordered mediation in an unrelated matter and began contacting the required representatives

and opposing counsel for mutual availability.

**As such, it appears that all Parties and their required representatives are available on March 20, 2020.**

Based on the foregoing, Parties submit good cause exists and requests this Court vacate and reschedule the ENE to ensure the presence of key individuals to support the utility and purpose of the ENE session.

DATED: January 24, 2020                                      DATED: January 24, 2020

/s/  Janet L. Merrill                                        /s/  Jenny Foley
ELDA M. SIDHU, ESQ.                                          JENNY FOLEY, ESQ.
JANET L. MERRILL, ESQ.                                       MARTA D. KURSHUMOVA, ESQ.
UNIVERSITY OF NEVADA, LAS VEGAS                              HKM EMPLOYMENT ATTORNEYS LLP
4505 S. Maryland Parkway, Box 451085                        1785 East Sahara, Suite 300
Las Vegas, Nevada  89154-1085                               Las Vegas, Nevada 89104
Tel.:  702-895-5185                                          Tel: (702) 805-8340
Fax: 702 895-5299                                            Fax: (702) 625-3893
*Attorney for Defendant*                                    *Attorneys for Plaintiff*

                                                             /s/  Philip J. Trenchak
                                                             PHILIP J. TRENCHAK, ESQ.
                                                             VICTORIA MULLINS, ESQ.
                                                             MULLINS & TRENCHAK
                                                             1614 S. Maryland Parkway
                                                             Las Vegas, NV 89104
                                                             Tel.: 702-778-9444
                                                             Fax: 702-778-9449
                                                             *Attorneys for Plaintiff*

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the ENE currently scheduled for March 6, 2020 is **CONTINUED** to Friday, March 20, 2020. Plaintiff to appear at 9:00 a.m. Defendant to appear at 9:30 a.m.

**IT IS FURTHER ORDERED** that confidential ENE statements are due to Chambers by March 12, 2020 at 4:00 p.m.

**IT IS FURTHER ORDERED** that the Pre-ENE conference call is rescheduled to March 19, 2020 at 3:00 p.m.

DATED this _____27th_____ day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE