ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
JANET L. MERRILL
Assistant General Counsel
Nevada Bar No. 10736
DAVID R. KEENE, II
Nevada Bar No. 11826
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
janet.merrill@unlv.edu
david.keene@unlv.edu
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE HASKIN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS,<br><br>Defendant. | CASE NO.: 2:19-cv-01449-JCM-NJK<br><br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE** |

  Janet L. Merrill, Esq., hereby files this Motion to Remove Counsel from Electronic Service List and Request for Discontinuation of Notice.

  Janet L. Merrill, Esq., Assistant General Counsel, University of Nevada, Las Vegas, Office of General Counsel, represented Defendant, the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("**UNLV**"), in this matter. It is no longer necessary that Janet L. Merrill, Esq., receive electronic

1

notice in this matter. Elda M. Sidhu, General Counsel, and David R. Keene, II, Assistant General Counsel, continue to represent the Defendants and should continue to receive notice and remain on the electronic notice list.

Therefore, Janet L. Merrill, Esq., requests discontinuation of notice in these proceedings and that she be removed from the electronic service list in this matter.

DATED: April 10, 2020

/s/ Janet L. Merrill
ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
JANET L. MERRILL
Assistant General Counsel
Nevada Bar No. 10736
DAVID R. KEENE, II
Nevada Bar No. 11826
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendant*

IT IS SO ORDERED.
Dated: April 13, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

2