UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTINE HASKIN,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS,<br><br>　　　　　　　　Defendant(s). | Case No. 2:19-CV-1449 JCM (NJK)<br><br>ORDER |

　　　　Presently before the court is *Haskin v. University of Nevada Las Vegas*, case number 2:19-cv-01449-JCM-NJK.  The parties engaged in an early neutral evaluation on May 14, 2020, where they reached a settlement.  (ECF No. 47).  Magistrate Judge Weksler instructed the parties to file dismissal paperwork or a status report by June 30, 2020.  *Id.*

　　　　The parties filed a status report (ECF No. 48), and Judge Weksler set a new dismissal deadline on July 24 (ECF No. 49).  The parties' settlement notwithstanding, defendant's motion to dismiss remains pending before the court.  (ECF No. 16).  The court denies it as moot.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (ECF No. 16) be, and the same hereby is, DENIED as moot.

　　　　DATED July 10, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**