**PHILIP J. TRENCHAK, ESQ.**
Nevada Bar No. 9924
**VICTORIA C. MULLINS, ESQ.**
Nevada Bar No. 13546
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Tel: (702) 778-9444
Fax: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

-AND-

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE HASKIN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCTION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS,<br><br>Defendant. | **CASE NO.: 2:19-cv-01449-JCM-NJK**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

Page **1** of **2**

1    IT IS HEREBY STIPULATED by and between Plaintiff CHRISTINE HASKIN ("Plaintiff") and Defendant STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS ("Defendant"), by and through their attorneys of record, that this matter be dismissed, and any and all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

    IT IS FURTHER STIPULATED that each party shall bear their own fees and costs.

    IT IS SO STIPULATED.

DATED this 10th day of September, 2020.             DATED this 10th day of September, 2020.

HKM EMPLOYMENT ATTORNEYS LLP                        UNIVERSITY OF NEVADA, LAS VEGAS

By: */s/ Jenny L. Foley*                            By: */s/ David R. Keene II*
    JENNY L. FOLEY (Bar No. 9017)                       DAVID R. KEENE II (Bar No. 11826)
    1785 East Sahara, Suite 300                         Assistant General Counsel
    Las Vegas, Nevada 89104                             4505 S. Maryland Pkwy
    Telephone: (702) 805-8340                           Box 451085
    Facsimile: (702) 805-8340                           Las Vegas, Nevada 89154-1085
    Email: jfoley@hkm.com                               Telephone: (702) 895-5185
    *Attorneys for Plaintiff*                           Facsimile: (702) 895-5299
                                                        Email: david.keene@unlv.edu
                                                        *Attorney for Defendant*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 14, 2020